AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS

| UNITED STATES OF AMERICA V. ROBERT GREEN | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| SDTX-Corpus Christi | NDTX-Fort Worth | 2:13-mj-961 | 4:12-cr-131-A |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
Indictment ☐ Information Complaint ✔ Other     Supervised Release violation petition

charging a violation of                    U.S.C. §

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

**DESCRIPTION OF CHARGES:**

Violation of supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
✔ Other (specify)   NO BOND SET.

| Representation: | Retained Own Counsel ✔ Federal Defender | CJA Attorney   None |
|---|---|---|
| Interpreter | ✔No    Yes    Language: | |

SOUTHERN DISTRICT OF TEXAS
**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Augut  19 , 2013
Date                        JASON B. LIBBY, U.S. MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |